# EXHIBIT 7



Home
Explore
2 Notifications
Messages
Grok
Lists
Bookmarks
Jobs
Communities
Premium
Verified Orgs
Profile
More

Post

DaWrTrem
@JamesTremaine2

Post

Reply

**louis money**
@LouisLMoney

It was cool running into an old friend today.  We disagree on politics however you have always been cool with me. @markrobinsonNC

2:30 PM · Nov 8, 2022 from High Point, NC

22 23 100 10

Post your reply

Reply

**sweetermansdan** @kabongodan99 · Sep 20
Lmfao

1 468

**dalitso** @dalitso9sakala · Sep 20

Search

## Relevant people

**louis money**
@LouisLMoney
Follow
Lead singer for The Trailer Park Orchestra and probably the most famous former porn clerk in the world!

## What's happening

**The Offseason**
LIVE

Politics · Trending
**Trump and Biden**
115K posts

Business and finance · Trending
**#stockmarketcrash**
17.4K posts

Entertainment · Trending
**Uncle Joey**
Trending with Dave Coulier, Full House

Trending in United States
**DOGE**
628K posts

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

Document title: (2) louis money on X: "It was cool running into an old friend today. We disagree on politics however you have always been cool with me.…
Capture URL: https://x.com/LouisLMoney/status/1589988701245173762
Capture timestamp (UTC): Wed, 13 Nov 2024 17:17:34 GMT