# EXHIBIT 25

| STATE OF NORTH CAROLINA | GENERAL COURT OF JUSTICE |
| COUNTY OF WAKE | SUPERIOR COURT DIVISION |
| | Case No. 24CV032897-910 |
| MARK KEITH ROBINSON, | |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| CABLE NEWS NETWORK, INC., | |
| LOUIS LOVE MONEY, | |
| Defendants. | |

The undersigned attorney hereby certifies that a copy of the **AMENDED COMPLAINT**, in the above referenced case, was served on the following parties to this action by:

(x) electronic mail to:

Andy L. Fitzgerald
andy@fhslitigation.com
D. Stuart Punger, Jr.
stuart@fhslitigation.com
Peter D. Zellmer
Peter.Zellmer@Zellmerlegal.com
*Attorneys for Louis Love Money*

Respectfully submitted, this 22nd day of October 2024.

/s/Anthony J. Biller
Anthony Biller (NC Bar No. 24117)
Envisage Law
2601 Oberlin Rd, Ste 100
Raleigh, NC 27608
Phone: (919) 755-1317
ajbiller@envisage.law

/s/Jason C. Greaves
Jason C. Greaves (VA Bar No. 86164)
(*pro hac vice*)
Jesse Binnall (VA Bar No. 79292)
(*pro hac vice*)
BINNALL LAW GROUP, PLLC

717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Email: jason@binnall.com
Email: jesse@binnall.com