IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-CV-00644

| | |
|---|---|
| MARK KEITH ROBINSON,<br><br>                   Plaintiff,<br><br>   v.<br><br>CABLE NEWS NETWORK, INC.,<br>LOUIS LOVE MONEY,<br><br>                   Defendants. | **MOTION FOR LEAVE TO FILE<br>EXHIBITS MANUALLY** |

Defendant Cable News Network, Inc. ("CNN") respectfully moves the Court for leave to file manually Exhibits Four and Six in support of the Notice of Removal. Each exhibit is a video necessary to the Notice of Removal and properly identified within the Index to the Notice of Removal.

This the 15th day of November 2024.

                                          **MOORE & VAN ALLEN PLLC**

By:    */s/ Mark A. Nebrig*
            Mark A. Nebrig
            N.C. Bar No. 28710
            Kaitlin M. Price
            N.C. Bar No. 50941
            Moore & Van Allen, PLLC
            100 North Tryon Street, Suite 4700
            Charlotte, NC 28202
            (704) 331-1000
            marknebrig@mvalaw.com
            kaitlinprice@mvalaw.com

Kate Bolger (special appearance forthcoming)
Hilary Oran (special appearance forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR LEAVE TO FILE EXHIBITS MANUALLY** was e-filed with the Clerk of Court using the CM/ECF system. It is further certified that the foregoing was served, on this day, on all parties by United States first class mail, by depositing same in an official U.S. Postal depository, postage prepaid, and addressed to counsel as follows:

| | |
|---|---|
| Anthony J. Biller<br>Envisage Law<br>2601 Oberlin Rd, Ste 100<br>Raleigh, NC 27608<br>Phone: (919) 755-1317<br>ajbiller@envisage.law | Andrew L. Fitzgerald<br>D. Stuart Punger, Jr.<br>Fitzgerald Hanna & Sullivan, PLLC<br>119 Brookstown Avenue, Suite 402<br>Winston-Salem, NC  27101<br>Telephone/Fax: 336-793-4696<br>andy@fhslitigation.com<br>stuart@fhslitigation.com |
| Jason C. Greaves<br>Jesse Binnall<br>Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, VA 22314<br>Phone: (703) 888-1943<br>jason@binnall.com<br>jesse@binnall.com | Peter D. Zellmer<br>Peter D. Zellmer, PLLC<br>421 N. Edgeworth Street<br>Greensboro, NC 27401<br>Telephone: 336-274-1168<br>Peter.Zellmer@zellmerlegal.com |
| *Counsel for Plaintiff* | *Counsel for Louis Love Money* |

This the 15th day of November 2024.

**MOORE & VAN ALLEN PLLC**

By:    */s/ Mark A. Nebrig*
         Mark A. Nebrig
         N.C. Bar No. 28710
         Kaitlin M. Price
         N.C. Bar No. 50941
         Moore & Van Allen, PLLC
         100 North Tryon Street, Suite 4700
         Charlotte, NC 28202
         (704) 331-1000
         marknebrig@mvalaw.com

kaitlinprice@mvalaw.com

Kate Bolger (special appearance forthcoming)
Hilary Oran (special appearance forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network, Inc.*