IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-CV-00644

MARK KEITH ROBINSON,

        Plaintiff,

v.

CABLE NEWS NETWORK, INC.,
LOUIS LOVE MONEY,

        Defendants.

**PROPOSED ORDER**

For the reasons stated in Defendant Cable News Network, Inc.'s ("CNN") Motion for Leave to File Exhibits Manually, the Court GRANTS Defendant CNN's Motion. Defendant CNN is instructed to provide the Clerk of Court with the manually filed exhibits consistent with this Court's preferences and the IT requirements of the Court.

    IT IS SO ORDERED.

_____
United States District Court Judge