IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-cv-00644

**MARK KEITH ROBINSON,**

        **Plaintiff,**

**v.**

**CABLE NEWS NETWORK, INC.,**
**LOUIS LOVE MONEY,**

        **Defendants.**

**CABLE NEWS NETWORK'S MOTION TO DISMISS**

Defendant Cable News Network, Inc. ("CNN"), by and through its undersigned counsel, hereby moves for an order dismissing the Amended Complaint in the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the accompany Memorandum of Law in Support of the Motion, Plaintiff Mark Keith Robinson has failed state a claim for which relief can be granted. CNN respectfully requests the Court grant its motion to dismiss the Amended Complaint with prejudice.

Respectfully submitted this 21st day of November 2024.

        MOORE & VAN ALLEN LLP

        */s/ Mark A. Nebrig*
        Mark A. Nebrig
        N.C. Bar No. 28710
        Kaitlin M. Price
        N.C. Bar No. 50941
        100 North Tryon Street
        Suite 4700
        Charlotte, NC 28202
        (704) 331-1000
        marknebrig@mvalaw.com
        kaitlinprice@mvalaw.com

Kate Bolger (special appearance pending)
Hilary Oran (special appearance pending)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network*

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that the foregoing **CABLE NEWS NETWORK'S MOTION TO DISMISS** was filed electronically with the Clerk of Court using the CM/ECF system. It is further certified that the foregoing was served, on this day, on all parties by United States first class mail, by depositing same in an official U.S. Postal depository, postage prepaid, and addressed to counsel as follows:

| | |
|---|---|
| Anthony J. Biller<br>Envisage Law<br>2601 Oberlin Rd, Ste 100<br>Raleigh, NC 27608<br>Phone: (919) 755-1317<br>ajbiller@envisage.law | Andrew L. Fitzgerald<br>D. Stuart Punger, Jr.<br>Fitzgerald Hanna & Sullivan, PLLC<br>119 Brookstown Avenue, Suite 402<br>Winston-Salem, NC 27101<br>Telephone/Fax: 336-793-4696<br>andy@fhslitigation.com<br>stuart@fhslitigation.com |
| Jason C. Greaves<br>Jesse Binnall<br>Binnall Law Group, PLLC<br>717 King Street, Suite 200<br>Alexandria, VA 22314<br>Phone: (703) 888-1943<br>jason@binnall.com<br>jesse@binnall.com | Peter D. Zellmer<br>Peter D. Zellmer, PLLC<br>421 N. Edgeworth Street<br>Greensboro, NC 27401<br>Telephone: 336-274-1168<br>Peter.Zellmer@zellmerlegal.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Louis Love Money* |

This the 21st day of November 2024.

MOORE & VAN ALLEN LLP

*/s/ Mark A. Nebrig*
Mark A. Nebrig
N.C. Bar No. 28710
Kaitlin Price
N.C. Bar No. 50941
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-1000
marknebrig@mvalaw.com
kaitlinprice@mvalaw.com

Kate Bolger (special appearance forthcoming)
Hilary Oran (special appearance forthcoming)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network*