IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00644-FL

| | |
|---|---|
| MARK KEITH ROBINSON | ) |
| | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| CABLE NEWS NETWORK, INC. | ) |
| | ) |

Please take notice that the undersigned Hilary Jaqueline Oran hereby enters a notice of special appearance as attorney for Cable News Network, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Kaitlin Price.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

*/s/ Hilary Jaqueline Oran*
Hilary Jaqueline Oran
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 402-4036
hilaryoran@dwt.com
New York Bar. No. 5600804
Attorney for Defendant

*/s/ Kaitlin M. Price*
Kaitlin M. Price
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

(704) 331-3694  
Fax: (704) 331-3694  
kaitlinprice@mvalaw.com  
North Carolina Bar. No. NC 50941  
Local Civil Rule 83.1(d) Attorney for Defendant

2

Case 5:24-cv-00644-FL     Document 11     Filed 11/22/24     Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2024, I electronically filed the foregoing Notice of Special Appearance through the CM/ECF system and served copies on all parties by United States first class mail, by depositing same in an official U.S. Postal depository, postage prepaid, and addressed to counsel as follows:

>Anthony J. Biller
>Envisage Law
>2601 Oberlin Road, Suite 100
>Raleigh, NC 27608
>ajbiller@envisage.law
>
>Jesse R. Binnall
>Jason C. Greaves
>Binnall Law Group, PLLC
>717 King Street, Suite 200
>Alexandria, VA 22314
>jesse@binall.com
>jason@binall.com
>
>*Counsel for Plaintiff*
>
>Andrew L. Fitzgerald
>D. Stuart Punger, Jr.
>Fitzgerald Hanna & Sullivan, PLLC
>119 Brookstown Avenue, Suite 402
>Winston-Salem, NC 26101
>andy@fhslitigation.com
>stuart@fhslitigation.com
>
>Peter D. Zellmer
>Peter D. Zellmer, PLLC
>421 N. Edgeworth Street
>Greensboro, NC 27401
>Peter.Zellmer@zellmerlegal.com
>
>*Counsel for Defendant Louis Love Money*

>*/s/ Hilary Oran*
>Hilary Oran

3