IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MARK KEITH ROBINSON,** | ) |
| **Plaintiff,** | ) Civil Action No. 5:24-cv-644-FL |
| v. | ) |
| **CABLE NEWS NETWORK, INC.,** | ) NOTICE OF APPEARANCE |
| **LOUIS LOVE MONEY,** | ) ANTHONY J. BILLER |
| **Defendants.** | ) |

NOW COMES Anthony J. Biller with the law firm Envisage Law, and hereby gives notice of appearance in this matter, on behalf of the Plaintiff, Mark Keith Robinson.

Dated this the 29th day of November, 2024.

    Respectfully submitted,

    /s/ *Anthony J. Biller*
    Anthony J. Biller
    NC State Bar No. 24,117
    2601 Oberlin Rd, STE 100
    Raleigh, NC 27608
    Telephone: (919) 715.1317
    Facsimile: (919) 782.0452
    Email: ajbiller@envisage.law