IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-LWF

MARK KEITH ROBINSON,

*Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

*Defendants.*

*!*

## AGREED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE AND REPLY

Plaintiff Mark Keith Robinson, with agreement and consent of Defendant CNN, hereby requests an extension of seven (7) days to file its response in opposition to Defendant CNN's motion to dismiss (ECF No. 8), and for a reciprocal extension of seven (7) days for Defendant CNN to file its reply thereto. FRCP 6(b)(1)(A). Under this agreed schedule, Plaintiff's response in opposition would be due on December 19, 2024, and CNN's reply would be due on January 9, 2025.

Defendant CNN has filed its substantial dispositive motion under Rule 12(b)(6), requiring thorough briefing in response. Defendant CNN has agreed to these extensions. Therefore, there is no prejudice to any party and good cause exists for this Court to grant the requested extension.

WHEREFORE, Plaintiff requests that this Court grant the extension and enter the proposed order filed herewith.