IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-LWF

MARK KEITH ROBINSON,

     *Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

     *Defendants.*

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Jesse R. Binnall hereby enters a notice of special appearance as attorney for Plaintiff Mark Keith Robinson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Anthony J. Biller.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: December 12, 2024                Respectfully submitted,

                                     */s/ Jesse R. Binnall*
                                     Jesse R. Binnall
                                     (by special appearance)
                                     Jason C. Greaves
                                     (by special appearance)
                                     BINNALL LAW GROUP
                                     717 King Street
                                     Suite 200
                                     Alexandria, VA 22314

T: (703) 888-1943
F: (703) 888-1930
E: jason@binnall.com
   jesse@binnall.com

Anthony J. Biller
ENVISAGE LAW
NC State Bar No. 24,117
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
T: (919) 715-1317
F: (919) 782-0452
E: ajbiller@envisage.law

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jesse R. Binnall*
Jesse R. Binnall

*Attorney for Plaintiff*