IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-FL

MARK KEITH ROBINSON,

    *Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

    *Defendants.*

## AGREED ORDER

This matter is before the Court on Plaintiff's motion, with the agreement of Defendant CNN, for extensions of seven (7) days to file a response in opposition to Defendant CNN's motions to dismiss (ECF No. 8), and seven (7) days to file a reply thereto. For the reasons stated in the Motion, and because the Court finds good cause for the requested extensions, it is hereby

ORDERED that Plaintiff's motion is GRANTED. Plaintiff's response to Defendant CNN's motions to dismiss (ECF No. 8) will be due on December 19, 2024, and Defendant CNN's reply thereto will be due on January 9, 2025.

SO ORDERED.

Entered: December 13, 2024

_____
Louise Flanagan
United States District Judge