IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-FL

MARK KEITH ROBINSON,

    *Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

    *Defendants.*

## [REFILED] NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Jason C. Greaves hereby enters a notice of special appearance as attorney for Plaintiff Mark Keith Robinson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Anthony J. Biller.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: December 16, 2024          Respectfully submitted,

                                             */s/ Jason C. Greaves*
                                             Jason C. Greaves
                                             (by special appearance)
                                             Jesse R. Binnall
                                             (by special appearance)
                                             BINNALL LAW GROUP
                                             717 King Street
                                             Suite 200
                                             Alexandria, VA 22314

T: (703) 888-1943
F: (703) 888-1930
E: jason@binnall.com
  jesse@binnall.com
*Attorneys for Plaintiff*

*/s/ Anthony J. Biller*
Anthony J. Biller
ENVISAGE LAW
NC State Bar No. 24,117
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
T: (919) 715-1317
F: (919) 782-0452
E: ajbiller@envisage.law
*Local Civil Rule 83.1(d) Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves

*Attorney for Plaintiff*
