IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-FL

MARK KEITH ROBINSON,

    *Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

    *Defendants.*

## MOTION TO REMAND CASE TO STATE COURT

Plaintiff Mark Keith Robinson, by and through counsel, brings the following Motion to Remand Case to State Court, pursuant to 28 U.S.C. § 1447. As set forth in more detail in his Brief in Support, this Court should respectfully remand this case back to North Carolina state court and award plaintiff his reasonable attorneys' fees and costs.

Dated: December 16, 2024

Respectfully submitted,

*/s/ Jason C. Greaves*
Jason C. Greaves
(by special appearance)
Jesse R. Binnall
(by special appearance)
BINNALL LAW GROUP
717 King Street
Suite 200
Alexandria, VA 22314
T: (703) 888-1943
F: (703) 888-1930
E: jason@binnall.com
   jesse@binnall.com

1

*Attorneys for Plaintiff*

*/s/ Anthony J. Biller*
Anthony J. Biller
ENVISAGE LAW
NC State Bar No. 24,117
2601 Oberlin Road, Suite 100
Raleigh, NC 27608
T: (919) 715-1317
F: (919) 782-0452
E: ajbiller@envisage.law
*Local Civil Rule 83.1(d) Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I certify that on December 16, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

*/s/ Jason C. Greaves*
Jason C. Greaves

*Attorney for Plaintiff*