# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:24-cv-00644-FL

| | |
|---|---|
| **MARK KEITH ROBINSON,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CABLE NEWS NETWORK, INC.,**<br>**LOUIS LOVE MONEY,**<br><br>    **Defendants.** | **CABLE NEWS NETWORK'S NOTICE OF MANUAL FILING** |

Please take notice that, pursuant to the Court's Order (ECF No. 21), Defendant Cable News Network, Inc. ("CNN") has manually filed the following exhibits to the Notice of Removal:

Exhibit 4 – Defendant Money's Music Video

Exhibit 6 – Plaintiff's Press Conference

On December 17, 2024, a flash drive containing both video exhibits was mailed by overnight mail to the Court and counsel for both Plaintiff and Defendant Louis Love Money. UPS notified the undersigned that the package was delivered to the Court on December 18, 2024 at 11:22 a.m.

Respectfully submitted this 18th day of December 2024.

MOORE & VAN ALLEN LLP

*/s/ Kaitlin M. Price*
Mark A. Nebrig
N.C. Bar No. 28710
Kaitlin M. Price
N.C. Bar No. 50941
100 North Tryon Street
Suite 4700
Charlotte, NC 28202
(704) 331-1000
marknebrig@mvalaw.com
kaitlinprice@mvalaw.com

Kate Bolger (by special appearance)
Hilary Oran (by special appearance)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network*

2

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that the foregoing **CABLE NEWS NETWORK'S NOTICE OF MANUAL FILING** was filed electronically with the Clerk of Court through ECF, and that ECF will send e-notice of the electronic filing to the attorneys of record.

This 18th Day of December 2024.

MOORE & VAN ALLEN LLP

*/s/ Kaitlin M. Price*
Mark A. Nebrig
N.C. Bar No. 28710
Kaitlin M. Price
N.C. Bar No. 50941
100 North Tryon Street
Suite 4700
Charlotte, NC 28202
(704) 331-1000
marknebrig@mvalaw.com
kaitlinprice@mvalaw.com

Kate Bolger (by special appearance)
Hilary Oran (by special appearance)
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
hilaryoran@dwt.com

*Attorneys for Defendant Cable News Network*