IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-644-FL

MARK KEITH ROBINSON,

       *Plaintiff,*

v.

CABLE NEWS NETWORK, INC. et al.,

       *Defendants.*

**RULE 41 NOTICE OF DISMISSAL**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby notices the dismissal of this action against all defendants without prejudice.

Dated: January 31, 2024

                                Respectfully submitted,

                                */s/ Anthony J. Biller*
                                Anthony J. Biller
                                ENVISAGE LAW
                                NC State Bar No. 24,117
                                2601 Oberlin Road, Suite 100
                                Raleigh, NC 27608
                                T: (919) 715-1317
                                F: (919) 782-0452
                                E: ajbiller@envisage.law
                                *Local Civil Rule 83.1(d) Attorney for Plaintiff*

                                */s/ Jason C. Greaves*
                                Jason C. Greaves
                                (by special appearance)
                                Jesse R. Binnall
                                (by special appearance)
                                BINNALL LAW GROUP
                                717 King Street
                                Suite 200
                                Alexandria, VA 22314

1

T: (703) 888-1943
F: (703) 888-1930
E: jason@binnall.com
   jesse@binnall.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2024, a copy of the foregoing was filed with the Clerk of the

Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Anthony J. Biller
Anthony J. Biller